## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

**JOSEPH KIRBY**                                                                         **PLAINTIFF**

**V.**                            **CIVIL ACTION NO. 2:19-cv-00195-KS-MTP**

**SHELTER INSURANCE COMPANY;**
**JEREMY FORDAN; ALLEN SUMRALL and**
**JOHN AND JANE DOES 1-5**                               **DEFENDANTS**

## ORDER

On December 26, 2019, the Defendant, Shelter Insurance Company filed a Motion to Sever [5]. On that same day, Defendants, Jeremy Jordan and Allen Sumrall, filed a Motion to Dismiss [7]. Plaintiff shall respond to these motions on or before **January 9, 2020**. Fed. R. Civ. P. 6(a); L.U. Civ. R. 7(b)(4). Defendants may file their respective replies on or before **January 16, 2020**. *Id.*

Any party requesting an extension of time must file a motion for such prior to the deadline's expiration and advise the Court whether the request is opposed. L.U.Civ.R. 7(b)(4), (10).

The original and reply memoranda together shall not exceed a total of thirty-five (35) pages, and the response memorandum shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If a party requires more pages to fully respond, it must seek leave to do so.

SO ORDERED AND ADJUDGED this 27th day of December 2019.

                                                          /s/ Keith Starrett_____
                                                          KEITH STARRETT
                                                          UNITED STATES DISTRICT JUDGE