IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JOSEPH KIRBY                                                                                    PLAINTIFF

V.                                                            CIVIL ACTION NO. 2:19-cv-00195-KS-MTP

SHELTER INSURANCE COMPANY;
JEREMY FORDAN; ALLEN SUMRALL and
JOHN AND JANE DOES 1-5                                                                      DEFENDANTS

## ORDER

On January 16, 2020, Plaintiff Joseph Kirby filed a Motion to Remand [10]. Defendants shall respond to said motion on or before **January 30, 2020**. Fed. R. Civ. P. 6(a); L.U. Civ. R. 7(b)(4). Plaintiff may file a reply on or before **February 6, 2020**. *Id.*

Any party requesting an extension of time must file a motion for such prior to the deadline's expiration and advise the Court whether the request is opposed. L.U.Civ.R. 7(b)(4), (10).

The original and reply memoranda together shall not exceed a total of thirty-five (35) pages, and the response memorandum shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If a party requires more pages to fully respond, it must seek leave to do so.

SO ORDERED AND ADJUDGED this 21st day of January 2020.

/s/ Keith Starrett_____
KEITH STARRETT
UNITED STATES DISTRICT JUDGE