THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JOSPEH KIRBY                                                                   PLAINTIFF

VS.                                             CIVIL ACTION NO. 2:19-CV-00195-KS-MTP

SHELTER MUTUAL INSURANCE COMPANY;
JEREMY JORDAN; ALLEN SUMRALL and
JOHN AND JANE DOES 1-5                                     DEFENDANTS

---

## MOTION FOR LEAVE TO AMEND COMPLAINT
---

Now into Court, through counsel, comes Plaintiff Joseph Kirby ("Kirby") and moves this Court for Leave to Amend the Complaint pursuant to Fed. R. Civ. P. 15(b)(2), 20 and 21.

In accordance with the instant Motion and for the reasons set forth in his Memorandum Brief in Support of said Motion, Kirby respectfully requests that the Court enter an order allowing Plaintiff to Amend the Complaint.

Further, Plaintiff prays for such other relief, general or specific, which he may be entitled in the premises.

Respectfully submitted, this the 4th day of May, 2020.

                                                  JOSEPH KIRBY, THE PLAINTIFF

                                  By:     /s/ Megan Stuard Thornton
                                                         Counsel for Plaintiff

MEGAN STUARD THORNTON, MB #104104
THE STUBBS LAW FIRM, PLLC
P.O. Box 1029
Prentiss, MS 39474
601-837-1008
megan@stubbsms.com

## CERTIFICATE OF SERVICE

I, the undersigned, attorney of record for Plaintiff, Joseph Kirby, do hereby certify that the above and foregoing was electronically filed with the Clerk of the Court using the ECF system, which sent notice to all counsel of record.

This the 4th day of May, 2020.

/s/ Megan Stuard Thornton
MEGAN STUARD THORNTON, MB #104104
THE STUBBS LAW FIRM, PLLC
2405 Columbia Avenue
P.O. Box 1029
Prentiss, MS 39474
601-837-1008 (telephone)
601-837-1414 (fax)
www.thestubbslawfirm.com