THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JOSEPH KIRBY                                                                                    PLAINTIFF

VS.                                              CIVIL ACTION NO. 2:19-cv-00195-KS-MTP

SHELTER MUTUAL INSURANCE COMPANY;
JEREMY JORDAN; ALLEN SUMRALL and
JOHN AND JANE DOES 1-5                                                                DEFENDANTS

## AGREED JUDGMENT OF DISMISSAL

THIS DAY THIS CAUSE on the *ore tenus* joint Motion of the Plaintiff and Defendants to dismiss this cause of action with prejudice, with Plaintiff having announced that he will not proceed further against said Defendants, and with Defendants having announced that they will not proceed further against said Plaintiff, and with the Court further being informed that the parties hereto have agreed to, and have completed, a full and complete compromise of the claims between them, and that there remain no issues to be litigated by or between the parties nor adjudicated and determined by the Court, and the parties having consented to the entry of this Judgment and agreeing that this cause should be dismissed with prejudice with each party to bear its own costs, and the Court being further advised in the premises finds that the motion is well taken and should be granted.

IT IS, THEREFORE, HEREBY ORDERED AND ADJUDGED that this action is dismissed with prejudice with each party to bear its own costs.

IT IS FURTHER ORDERED AND ADJUDGED that Plaintiff shall resolve, as part of the agreed settlement between the parties, any and all liens that exist, if any, as a result of the damages arising from the fire loss that is the subject of this lawsuit.

SO ORDERED AND ADJUDGED, THIS the 14th day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE

AGREED:

_____
MEGAN S. THORNTON
ATTORNEY FOR THE PLAINTIFF

_____
MICHAEL C. GATLING
ATTORNEY FOR DEFENDANTS